■ Brenda Davison, Respondent, v Park Avenue Proper-
ties Associates et al., Defendants, and Airaconda Air Condi-
tioning Corp., Appellant.—Judgment, Supreme Court, New
York County (Edward J. Greenfield, J., and a jury) entered
April 5, 1991, in favor of plaintiff and against defendant-
appellant in the amount of $350,000, exclusive of interest and
costs, unanimously affirmed, without costs.

The trial court properly admitted the testimony of Dr.
Rosenblum, correctly concluding that he was a treating physi-
cian *(see, Scott v Mason,* 155 AD2d 655, 657), and not a
physician hired only to testify as an expert witness *(see,
Nissen v Rubin,* 121 AD2d 320). Nor did plaintiff's cross-exami-
nation so exceed the bounds of fair comment as to justify the
setting aside of a verdict adequately supported by the evi-
dence, particularly in the absence of any objections preserving
the issue for appellate review *(see, Boyd v New York City
Health & Hosps. Corp.,* 114 AD2d 307).

We have considered appellant's arguments that the verdict
is excessive and was not properly itemized pursuant to CPLR
4111 (f), and find them to be without merit. Concur—Sullivan,
J. P., Milonas, Kupferman, Ross and Smith, JJ.